**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:09CR43-1-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **<u>SCHEDULING ORDER</u>** |
| | ) | |
| **TIMOTHY DEWAYNE HEGGINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

   **THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed October 19, 2011[1], remanding this case for re-sentencing.

   **IT IS, THEREFORE, ORDERED THAT:**

   1) This matter is hereby scheduled for re-sentencing on **Monday, January 9, 2012, at 10 AM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;

   2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **<u>on or before December 23, 2011</u>**; and

   3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: November 15, 2011

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge

---

[1] Mandate issued on November 14. 2011.